| | |
|---|---|
| 1 | **KJC LAW GROUP, A.P.C.** |
| 2 | Kevin J. Cole (SBN 321555) |
| 3 | kevin@kjclawgroup.com |
|   | W. Blair Castle (SBN 354085) |
| 4 | blair@kjclawgroup.com |
| 5 | 9701 Wilshire Blvd., Suite 1000 |
|   | Beverly Hills, CA 90212 |
| 6 | Telephone: (310) 861-7797 |
| 7 | |
|   | Attorneys for Plaintiff |
| 8 | *Bruce Gray* |

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BRUCE GRAY, individually and on behalf of all others similarly situated, | Case No.: |
| Plaintiff, | **PLAINTIFF BRUCE GRAY'S CONSUMERS LEGAL REMEDIES ACT VENUE AFFIDAVIT PURSUANT TO CIVIL CODE § 1780(D)** |
| v. | |
| THE CLEAN SUPPS LLC d/b/a INNO SUPPS, a Delaware limited liability company; and DOES 1 to 10, inclusive, | |
| Defendants. | |

CONSUMERS LEGAL REMEDIES ACT VENUE AFFIDAVIT

1  I, Bruce Gray, declare as follows:

2  1. On October 15, 2024, I purchased "Inno Shred Inferno × 1" (the "Product") from Defendant's website (https://www.innosupps.com) for $43.99 (although with shipping and taxes, my total purchase price was $53.16).

  2. I made the purchase from my home in Los Angeles County, California.

  3. The transactions that are the subject of this action occurred in Los Angeles County, California.

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct.

DATED: 2/27/2025

*Bruce Gray* (DocuSigned)
Bruce Gray

---

2
CONSUMERS LEGAL REMEDIES ACT VENUE AFFIDAVIT